IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FREDY MAURICIO BURUCA<br>    a/k/a "Piranha"<br>    a/k/a "Machete"<br>    a/k/a "Insoportable"<br>(2) SANTOS GUILLERMO RAMIREZ MANCIA<br>    a/k/a "Azazel"<br>    a/k/a "Timido"<br>    a/k/a "Johnny"<br>(3) CHRISTIAN ALEJANDRO GARCIA SANTA CRUZ<br>    a/k/a "Crimen"<br>(4) ADERLY JOSE VELIZ-RONQUILLO<br>    a/k/a "Chanchin"<br>(5) JUAN FRANCISCO SANCHEZ ESTRADA<br>    a/k/a "NeNe"<br>    a/k/a "Turbo"<br>(6) LUIS FERNANDO GUARDARDO MORENO<br>    a/k/a "Fantasma"<br>    a/k/a "Scrappy" | DOCKET NO. 3:24-cr-84-FDW<br><br>**UNDER SEAL** |

**ORDER TO SEAL THE INDICTMENT**

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 16th day of April, 2024.

_____
HON. SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE